UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-50205-rlj11 |
| POSITRON CORPORATION, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

## CHAPTER 11 BALLOT CERTIFICATION

The undersigned certifies that the following ballots have been received and were presented on April 26, 2017 at the confirmation hearing in connection with the solicitation and confirmation of the *First Amended Plan of Reorganization of Positron Corporation Dated March 27, 2017* (Docket No. 185)

| NAME | VOTE | AMOUNT |
|---|---|---|
| **Class 1 - Tradex** | | |
| Tradex Global Advisors LLC | Accept | 1,917,000.00 |
| CLASS TOTAL | | |
| Accept | 1 | 1,917,000.00 |
| **Class result:** | 100% Accept | |
| **Class 2 - Secured claims** | | |
| No claims, no votes | | |
| **Class 3 - Priority wage claims** | | |
| Adel Abdullah | Accept | 12,850.00 |
| Corey Conn | Accept | 12,850.00 |
| CLASS TOTAL | | |
| Accept | 2 | 25,700.00 |
| **Class result:** | 100% Accept | |
| **Class 4 - Unsecured convenience class claims** | | |
| No claims, no votes | | |
| **Class 5** | | |
| Coppinger Exhibits, Inc. | Accept | 41,325.00 |
| DGB Systems | Accept | 145,598.25 |
| Kane Kessler, P.C. | Accept | 113,958.16 |
| RJR Consulting, Inc. | Accept | 9,237.50 |
| Sassetti, LLC | Accept | 100,470.00 |
| CLASS TOTAL | | |
| Accept | 5 | 410,588.91 |
| **Class result:** | 100% Accept | |
| **Class 6** | | |
| Patrick Rooney | Accept | 163,231.05 |
| Sureloc, Inc. | Accept | 75,000.00 |
| Tis Prager | Accept | 593,618.00 |
| Corey Conn | Accept | 310,000.00 |
| CLASS TOTAL | | |
| Accept | 4 | 1,141,849.05 |
| **Class result:** | 100% Accept | |

**CHAPTER 11 BALLOT CERTIFICATION — Page 1 of 2**    1326936.DOCX

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was served upon all registered ECF users in this case on May 17, 2017.

/s/ Jeff Carruth
Jeff Carruth